**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

---

| | |
|---|---|
| IN RE: Barbara Sanders<br>　　　　　　　Debtor(s) | BK NO. 20-10500 TPA |
| | Chapter 13 |
| Partners for Payment Relief DE IV, LLC, its successors and/or assigns<br>　　　　　　　Movant<br>　　vs. | Related to Document No. 20 |
| | Hearing Date: 9/29/2020 |
| Barbara Sanders<br>　　　　　　　Respondent(s) | |

**OBJECTION OF Partners for Payment Relief DE IV, LLC , ITS SUCCESSORS AND/OR ASSIGNS**
**TO CONFIRMATION OF CHAPTER 13 PLAN**

　　　　Partners for Payment Relief DE IV, LLC, objects to confirmation of Debtor's Chapter 13 Plan and asserts in support of its Objection as follows:

　　　　1.　　　Movant's claim is secured by a mortgage on Debtor's property at 2918 Gloth Street Erie, PA 16504.

　　　　2.　　　The claims bar date is October 1, 2020.  Movant intends to file a claim on or before the bar date with the total debt in the amount of $49,134.16 and an annual interest rate of 13.98%.

　　　　3.　　　The Debtor's Plan request avoidance of this secured second mortgage pursuant to 11 U.S.C. § 522(f).

　　　　4.　　　This loan is secured by real property which is the principal residence of the December and is protected from modification and avoidance pursuant to 11 U,S.C. §1322(b)(2), except that the interest rate may be modified per § 1322(c)(2) since this loan matured.

　　　　5.　　　Debtor's Plan understates the amount of the Movant's claim by $49,134.16, and does not provide sufficient funding to pay said claim including present value interest.

　　　　6.　　　Accordingly, Debtor's Plan is not feasible, as it does not fully compensate the Movant.

　　　　7.　　　In addition, the Debtor's Plan fails to comply with 11 U.S.C. §§ 1322 and 1325.

　　　　WHEREFORE, the Movant, Partners for Payment Relief DE IV, LLC, prays that the Court deny confirmation of the Debtor's Plan.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

Date: September 17, 2020　　　　　**/s/ Brian Nicholas, Esquire** ___
　　　　　　　　　　　　　　　　　　Brian Nicholas, Esquire
　　　　　　　　　　　　　　　　　　BNicholas@kmllawgroup.com
　　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　　Philadelphia, PA 19106
　　　　　　　　　　　　　　　　　　Phone: 412-430-3594
　　　　　　　　　　　　　　　　　　Attorney for Movant/Applicant