**Fill in this information to identify the case**

Debtor 1 __Barbara Sanders__

Debtor 2 _____
(Spouse, if filing)

United States Bankruptcy Court for the: __WESTERN__ District of __PA__
                                                                          **(State)**

Case number   20-10500

# Form 4100R
## Response to Notice of Final Cure Payment                                         10/15

**According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.**

### Part 1:  Mortgage Information

**Name of creditor:** MidFirst Bank

**Court claim no.** (if known):

3

**Last 4 digits** of any number you use to identify the debtor's account:  3019

**Property address:** 2918 Gloth Ave
                     Number         Street

Erie  PA  16504
City              State       Zip Code

### Part 2:  Prepetition Default Payments

*Check one:*

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:                                                                                              $ _____

### Part 3:  Postpetition Mortgage Payment

*Check one:*

☒ Creditor states that the debtor(s) are current with all postpetition payments consistent with *§* 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

  The next postpetition payment from the debtor(s) is due on:     08/01/2021
                                                                  MM/DD/YYYY

☐ Creditor states that the debtor(s) are not current on all postpetition payments consistent with *§* 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

  Creditor asserts that the total amount remaining unpaid as of the date of this response is:

  a.  Total postpetition ongoing payments due:                                                       (a) $_____

  b.  Total fees, charges, expenses, escrow, and costs outstanding:                                  (b) $_____

  c.  Total. Add lines a and b.                                                                      (c) $_____

  Creditor asserts that the debtor(s) are contractually
  obligated for the postpetition payment(s) that first became due on:     ___/___/____
                                                                          MM/DD/YYYY

20-015420_JHH

Debtor 1 ___Barbara Sanders___    Case number (if known) 20-10500
      First Name    Middle Name    Last Name

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

☐ all payments received;

☐ all fees, costs, escrow, and expenses assessed to the mortgage; and

☐ all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.**

Check the appropriate box.

☐ I am the creditor.
☐ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.**

X ___/s/Stephen R. Franks___    Date ___07/22/2021___
   Signature

Print:    Stephen R. Franks    Title   Attorneys for Creditor

Company    Manley Deas Kochalski LLC

Address    P.O. Box 165028
        Number    Street

        Columbus, OH  43216-5028
        City    State    ZIP Code

Contact phone   614-220-5611    Email   amps@manleydeas.com

Form 4100R    **Response to Notice of Final Cure Payment**    page **2**

20-015420_JHH

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In re:** | : | |
| | : | **Case No.: 20-10500** |
| **Barbara Sanders** | : | **Chapter 13** |
| | : | **Judge Thomas P. Agresti** |
| **Debtor(s)** | : | * * * * * * * * * * * * * * * * * * |
| | : | |
| **MidFirst Bank** | : | **Related Document #** |
| **Movant,** | : | |
| vs | : | |
| | : | |
| **Barbara Sanders** | : | |
| **Jeffery Sanders** | : | |
| | : | |
| **Ronda J. Winnecour** | : | |
| **Respondents.** | | |

## CERTIFICATE OF SERVICE OF RESPONSE TO NOTICE OF FINAL CURE

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on (date) __07/22/2021__.

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: __first-class mail and electronic notification__.

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the full name, email address, and where applicable the full name of the person or entity represented, for each party served by electronic transmission is listed under the heading "Service by NEF," and the full name and complete postal address for each party served by mail, is listed under the heading "Service by First-Class Mail."

EXECUTED ON: __07/22/2021__

By: __/s/Stephen R. Franks__
Signature
Stephen R. Franks, Esquire
Typed Name
P.O. Box 165028, Columbus, OH 43216-5028
Address
614-220-5611
Phone No.
0075345
List Bar I.D. and State of Admission

20-015420_JHH

Stephen R. Franks, Attorney for Creditor, Manley Deas Kochalski LLC, P.O. Box 165028, Columbus, OH 43216-5028 (notified by ecf)

Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov (notified by ecf)

Ronda J. Winnecour, Chapter 13 Trustee, Suite 3250, USX Tower, 600 Grant Street, Pittsburgh, PA 15219 (notified by ecf)

Tina M. Fryling, Attorney for Debtor and/or Co-Debtor, 4402 Peach Street, Suite 3, Erie, PA 16509 (notified by ecf)

Barbara Sanders, Debtor and/or Co-Debtor, 2918 Gloth Street, Erie, PA 16504 (notified by regular US Mail)

Barbara Sanders and Jeffery Sanders, Debtor and/or Co-Debtor, 2918 Gloth Ave, Erie, PA 16504 (notified by regular US Mail)

Partners for Payment Relief, Party of Interest, c/o Sn Servicing Corporation, 323 Fifth Street, North Wales, PA 19454 (notified by regular US Mail)

20-015420_JHH