IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: Barbara Sanders | : |
| | : Case No. 20-10500-JAD |
| Debtors | : Chapter 13 |
| | : |
| | : |

**SETTLEMENT AND CERTIFICATION OF COUNSEL REGARDING CONFIRMING THE DEBTORS' CHAPTER 13 PLAN ON A FINAL BASIS**

The undersigned hereby certifies that agreement has been reached with the respondent regarding her Chapter 13 Plan dated December 20, 2022.

The signature requirements of W.PA.LBR 5005-6 have been followed in obtaining the agreement of all parties and is reflected in the attached document.

The undersigned further certifies that:

☐ An agreed order and a redline version showing the changes made to the order originally filed with the court as an attachment to the motion is attached to this Certificate of Counsel. Deletions are signified by a line in the middle of the original text (strikeout) and additions are signified by text in italics. It is respectfully requested that the attached order be entered by the Court.

X No other order has been filed pertaining to the subject matter of this agreement.

☐ The attached document does not require a proposed order.

Dated:   January 25, 2023                     By: /s/ Tina M.Fryling, Esquire
                                              Tina M. Fryling
                                              PA ID 76520
                                              4402 Peach Street, Suite 3
                                              Erie, PA  16509
                                              (814) 450 5161
                                              Fax:  814 240 5616
                                              tinafryling@gmail.com
                                              Attorney for Debtor

**PAWB Local Form 26 (06/17)**