IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA


IN RE:                                          :
BARBARA SANDERS                                 :
Debtor                                          :        Bankruptcy No. 20-10500-JCM
                                                :        Chapter 13
MIDFIRST BANK                                   :
Movant                                          :
        V.                                      :        Related  Document No.
BARBARA SANDERS                                 :        Related to Claim No. 3
Debtor                                          :


DECLARATION OF DEBTOR REGARDING MORTGAGE PAYMENT


The Debtor hereby declares that the existing payment in the Chapter 13 Plan in the above

captioned bankruptcy case is not SUFFICIENT to fund the Plan with the modified mortgage

amount.  A stipulation with the trustee will be made in order to fully fund the plan.


Date: November 23, 2024


/s/ Tina M. Fryling
Tina M. Fryling, Esq.
Attorney for Debtor
4402 Peach Street, Suite 3
Erie, PA  16509
(814) 450 5161