**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
BARBARA SANDERS                                               Case No. 20-10500JCM

                        Debtor(s)                             Chapter 13
RONDA J. WINNECOUR,
Standing Chapter 13 Trustee,

            Movant                                            Document No __
       vs.
PARTNERS FOR PAYMENT DEBT RELIEF
DE IV LLC

            Respondents

## NOTICE OF FUNDS ON RESERVE

The Movant, Ronda J. Winnecour, Chapter 13 Standing Trustee, gives notice to the above named Respondent that she has placed the Respondent-creditor's claim (identified below) on reserve, pursuant to W. PA. LBR 3002-3(f)(2), for the following reason:

The creditor seeks to change the payee name for a claim, to wit: JH RESIDENTIAL WHOLE LOAN TRUST . No further payments will be issued on this debt until a proof of assignment / notice of transfer of the bankruptcy claim, required by Fed.R.Bankr.P. 3001(e), is filed with the Clerk of the Bankruptcy Court and served on the Trustee. [Refer to www.ecf.pawb.uscourts.gov under Forms and National Forms.] At some future point, the Trustee may seek leave to deposit the funds into Court.

TWO POSTPETITION MORTGAGE FEE AND EXPENSE NOTICES HAVE BEEN FILED WITH A CREDITOR NAME WHICH IS DIFFERERENT FROM THE CLAIMANT'S. TRUSTEE HAS ATTEMPTED TO VERIFY IF TRANSFER OF CLAIM TOOK PLACE. COUNSEL FOR CREDITOR HAS NOT RESPONDED.

PARTNERS FOR PAYMENT DEBT RELIEF DE IV LLC
C/O MEB LOAN TRUST VII SVCD BY SLCT PORTFOLIO SVCG
ATTN REMITTANCE PROCESSING
PO BOX 65450
SALT LAKE CITY, UT 84165-0450

Court claim# 12/Trustee CID# 6

The Movant further certifies that on 12/03/2024 , copies of this notice were served on the parties required to be served pursuant to W.PA.LBR 3002-3(g).

cc: debtor(s)
    original creditor
    putative creditor
    counsel for debtor(s)
    counsel for the creditor(s) (if known)

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

---

**DEBTOR(S):**
BARBARA SANDERS, 2918 GLOTH STREET, ERIE, PA  16504

**ORIGINAL CREDITOR'S COUNSEL:**
KML LAW GROUP PC*, 701 MARKET ST STE 5000, PHILADELPHIA, PA  19106

:
JH RESIDENTIAL WHOLE LOAN TRUST, C/O SELECT PORTFOLIO SERVICING INC(*), PO BOX 65450, SALT LAKE CITY, UT  84165

**NEW CREDITOR:**
JH RESIDENTIAL WHOLE LOAN TRUST

**DEBTOR'S COUNSEL:**
TINA M FRYLING ESQ, 4402 PEACH ST - STE 3, ERIE, PA  16509

**ORIGINAL CREDITOR:**
PARTNERS FOR PAYMENT DEBT RELIEF DE IV LLC, C/O MEB LOAN TRUST VII SVCD BY SLCT PORTFOLIO SVCG, ATTN REMITTANCE PROCESSING, PO BOX 65450, SALT LAKE CITY, UT  84165-0450