**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA (ERIE)**

In re:

BARBARA SANDERS,

        Debtor(s).

Case No. 20-10500

Chapter Chapter 13

## NOTICE OF WITHDRAWAL OF PROOF OF CLAIM

NOW COMES, SYNCHRONY BANK and hereby provides notice the Proof of Claim 13, filed by SYNCHRONY BANK on July 23, 2020, in the amount of $3,271.22, is satisfied, and is hereby withdrawn.

DATED: December 18, 2024

/s/ Jordan Morrison
Jordan Morrison
Representative for SYNCHRONY BANK
749 GATEWAY, SUITE G-601
ABILENE, TX 79602
Phone: 877-332-3543
Email: bncmail@w-legal.com

47956501

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA (ERIE)**

| | |
|---|---|
| In re:<br><br>BARBARA SANDERS,<br><br>Debtor(s). | Case No.<br><br>Chapter Chapter 13 |

## CERTIFICATE OF SERVICE

I, JORDAN MORRISON, HEREBY CERTIFY, under penalty of perjury pursuant to 28 U.S.C. Sec. 1746, a true and correct copy of the foregoing Notice of Withdrawal of Proof of Claim No. 13 was electronically filed using the Court's ECF system, which will send notification of such filing, or by first-class mail, postage prepaid, on December 18, 2024 to the following parties:

Trustee via ECF Mail:
RONDA J. WINNECOUR
cmecf@chapter13trusteewdpa.com

Debtor(s) Counsel via ECF Mail:
TINA M FRYLING
tinafryling@gmail.com

Dated: December 18, 2024

/s/ Jordan Morrison
Jordan Morrison

47956501