# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA (ERIE)

In re:

BARBARA SANDERS,

Debtor(s).

Case No. 20-10500

Chapter Chapter 13

Related to: Document No. 69

## NOTICE OF WITHDRAWAL OF PROOF OF CLAIM

NOW COMES, SYNCHRONY BANK and hereby provides notice the Proof of Claim 13, filed by SYNCHRONY BANK on July 23, 2020, in the amount of $3,271.22, is satisfied, and is hereby withdrawn.

DATED: December 18, 2024

/s/ Jordan Morrison
Jordan Morrison
Representative for SYNCHRONY BANK
749 GATEWAY, SUITE G-601
ABILENE, TX 79602
Phone: 877-332-3543
Email: bncmail@w-legal.com

SO ORDERED.

Dated: December 20, 2024

John C. Melaragno, Judge  glb
United States Bankruptcy Court

SIGNED
12/20/24 2:58 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-10500-JCM |
| Barbara Sanders | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-1 | User: auto | Page 1 of 2 |
| Date Rcvd: Dec 20, 2024 | Form ID: pdf900 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 22, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Barbara Sanders, 2918 Gloth Street, Erie, PA 16504-1464 |
| cr | + | SYNCHRONY BANK, c/o Weinstein & Riley, PS, 749 GATEWAY, SUITE G-601, Abilene, TX 79602, UNITED STATES 79602-1196 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 22, 2024      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 20, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Defendant Partners For Payment Relief DE IV  LLC brian+ecf@briannicholas.com, mccallaecf@ecf.courtdrive.com |
| Denise Carlon | on behalf of Creditor Partners for Payment Relief DE IV  LLC dcarlon@kmllawgroup.com |
| Michelle L. McGowan | on behalf of Creditor JH Residential Whole Loan Trust mimcgowan@raslg.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Stephen Russell Franks | |

District/off: 0315-1 User: auto Page 2 of 2
Date Rcvd: Dec 20, 2024 Form ID: pdf900 Total Noticed: 2

on behalf of Creditor MidFirst Bank amps@manleydeas.com

Tina M. Fryling

on behalf of Plaintiff Barbara A. Sanders tinafryling@gmail.com tfryling@mercyhurst.edu;r53088@notify.bestcase.com

Tina M. Fryling

on behalf of Debtor Barbara Sanders tinafryling@gmail.com tfryling@mercyhurst.edu;r53088@notify.bestcase.com

TOTAL: 8