**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>BARBARA SANDERS<br><br>Debtor(s)<br><br>Ronda J. Winnecour<br>Movant<br>vs.<br>No Respondents. | Case No.:20-10500<br><br>Document No.: |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 07/23/2020 and confirmed on 10/06/2020 . The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 115,501.40 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 115,501.40 |
| | | |
| Administrative Fees | | |
|     Filing Fee | 0.00 | |
|     Notice Fee | 0.00 | |
|     Attorney Fee | 3,190.00 | |
|     Trustee Fee | 6,309.76 | |
|     Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 9,499.76 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   MIDFIRST BANK SSB*<br>    Acct: 3019 | 0.00 | 41,030.71 | 0.00 | 41,030.71 |
|   MIDFIRST BANK SSB*<br>    Acct: 3019 | 170.67 | 170.67 | 0.00 | 170.67 |
|   CAPITAL ONE AUTO FINANCE - DIV CAPIT<br>    Acct: 5360 | 0.00 | 0.00 | 0.00 | 0.00 |
|   PARTNERS FOR PAYMENT DEBT RELIEF I<br>    Acct: 3431 | 47,027.30 | 35,005.90 | 29,794.36 | 64,800.26 |
| | | | | 106,001.64 |
| **Priority** | | | | |
|   TINA M FRYLING ESQ<br>    Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
|   BARBARA SANDERS<br>    Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
|   TINA M FRYLING ESQ<br>    Acct: | 3,190.00 | 3,190.00 | 0.00 | 0.00 |
|   JH RESIDENTIAL WHOLE LOAN TRUST<br>    Acct: 3431 | 101.25 | 0.00 | 0.00 | 0.00 |

20-10500  **TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**  Page 2 of 3

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Priority** | | | | |
| JH RESIDENTIAL WHOLE LOAN TRUST | 33.75 | 0.00 | 0.00 | 0.00 |
| Acct: 3431 | | | | |
| | ***NONE*** | | | |
| **Unsecured** | | | | |
| AMERICAN HONDA FINANCE CORP* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7414 | | | | |
| AMERICOLLECT | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7635 | | | | |
| CAPITAL ONE BANK (USA) NA BY AMERIC. | 710.77 | 0.00 | 0.00 | 0.00 |
| Acct: 6924 | | | | |
| INDIGO CREDIT CARD++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1069 | | | | |
| COMENITY BANK++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4106 | | | | |
| TEA OLIVE LLC | 782.96 | 0.00 | 0.00 | 0.00 |
| Acct: 1067 | | | | |
| NC FINANCIAL SOLUTIONS OF IL LLC DBA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5461 | | | | |
| TEA OLIVE LLC | 1,720.39 | 0.00 | 0.00 | 0.00 |
| Acct: 2171 | | | | |
| PRA/PORTFOLIO RECOVERY ASSOC | 979.56 | 0.00 | 0.00 | 0.00 |
| Acct: 7232 | | | | |
| ROCKET LOANS | 18,478.75 | 0.00 | 0.00 | 0.00 |
| Acct: 8055 | | | | |
| SYNCHRONY BANK** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9114 | | | | |
| SYNCHRONY BANK** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1035 | | | | |
| TD BANK NA(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4939 | | | | |
| UPMC PHYSICIAN SERVICES | 534.95 | 0.00 | 0.00 | 0.00 |
| Acct: 8307 | | | | |
| UPMC HEALTH SERVICES | 682.63 | 0.00 | 0.00 | 0.00 |
| Acct: 8307 | | | | |
| AIS PORTFOLIO SERVICES (AMERICAN IN | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| QUANTUM3 GROUP LLC - AGENT REEL T | 504.92 | 0.00 | 0.00 | 0.00 |
| Acct: 1732 | | | | |
| SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0015 | | | | |
| ATLAS ACQUISITIONS LLC - AS ASSIGNEE | 866.31 | 0.00 | 0.00 | 0.00 |
| Acct: 5352 | | | | |
| CAPITAL ONE AUTO FINANCE - DIV CAPIT | 3,896.21 | 0.00 | 0.00 | 0.00 |
| Acct: 5360 | | | | |
| SYNCHRONY BANK** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7232 | | | | |
| AIS PORTFOLIO SERVICES (AMERICAN IN | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| MCCALLA RAYMER ET AL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| MANLEY DEAS KOCHALSKI LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | ***NONE*** | | | |

TOTAL PAID TO CREDITORS                                                                     106,001.64

TOTAL CLAIMED
PRIORITY                  135.00
SECURED                47,197.97
UNSECURED              29.157.45

Date: 10/02/2025

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com