**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

BARBARA SANDERS

Debtor(s)

Ronda J. Winnecour
Movant
vs.
No Repondents.

Case No.:20-10500

Document No.:

## TRUSTEE'S AMENDED REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 07/23/2020 and confirmed on 10/06/2020 . The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 115,501.40 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 115,501.40 |
| | | |
| Administrative Fees | | |
| Filing Fee | 0.00 | |
| Notice Fee | 0.00 | |
| Attorney Fee | 3,190.00 | |
| Trustee Fee | 6,309.76 | |
| Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 9,499.76 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| MIDFIRST BANK SSB* | 0.00 | 41,030.71 | 0.00 | 41,030.71 |
| Acct: 3019 | | | | |
| MIDFIRST BANK SSB* | 170.67 | 170.67 | 0.00 | 170.67 |
| Acct: 3019 | | | | |
| CAPITAL ONE AUTO FINANCE - DIV CAPIT | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5360 | | | | |
| PARTNERS FOR PAYMENT DEBT RELIEF | 47,027.30 | 23,995.37 | 27,109.26 | 51,104.63 |
| Acct: 3431 | | | | |
| | | | | 92,306.01 |
| **Priority** | | | | |
| TINA M FRYLING ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| BARBARA SANDERS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| TINA M FRYLING ESQ | 3,190.00 | 3,190.00 | 0.00 | 0.00 |
| Acct: | | | | |
| RONDA J WINNECOUR TRUSTEE/CLERK | 13,695.63 | 13,695.63 | 0.00 | 13,695.63 |
| Acct: XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX | | | | |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| **Priority** | | | | |
| JH RESIDENTIAL WHOLE LOAN TRUST | 101.25 | 0.00 | 0.00 | 0.00 |
| Acct: 3431 | | | | |
| JH RESIDENTIAL WHOLE LOAN TRUST | 33.75 | 0.00 | 0.00 | 0.00 |
| Acct: 3431 | | | | |
| | | | | 13,695.63 |
| **Unsecured** | | | | |
| AMERICAN HONDA FINANCE CORP* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7414 | | | | |
| AMERICOLLECT | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7635 | | | | |
| CAPITAL ONE BANK (USA) NA BY AMERIC. | 710.77 | 0.00 | 0.00 | 0.00 |
| Acct: 6924 | | | | |
| INDIGO CREDIT CARD++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1069 | | | | |
| COMENITY BANK++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4106 | | | | |
| TEA OLIVE LLC | 782.96 | 0.00 | 0.00 | 0.00 |
| Acct: 1067 | | | | |
| NC FINANCIAL SOLUTIONS OF IL LLC DB/ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5461 | | | | |
| TEA OLIVE LLC | 1,720.39 | 0.00 | 0.00 | 0.00 |
| Acct: 2171 | | | | |
| PRA/PORTFOLIO RECOVERY ASSOC | 979.56 | 0.00 | 0.00 | 0.00 |
| Acct: 7232 | | | | |
| ROCKET LOANS | 18,478.75 | 0.00 | 0.00 | 0.00 |
| Acct: 8055 | | | | |
| SYNCHRONY BANK** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9114 | | | | |
| SYNCHRONY BANK** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1035 | | | | |
| TD BANK NA(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4939 | | | | |
| UPMC PHYSICIAN SERVICES | 534.95 | 0.00 | 0.00 | 0.00 |
| Acct: 8307 | | | | |
| UPMC HEALTH SERVICES | 682.63 | 0.00 | 0.00 | 0.00 |
| Acct: 8307 | | | | |
| AIS PORTFOLIO SERVICES (AMERICAN IN | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| QUANTUM3 GROUP LLC - AGENT REEL T | 504.92 | 0.00 | 0.00 | 0.00 |
| Acct: 1732 | | | | |
| SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0015 | | | | |
| ATLAS ACQUISITIONS LLC - AS ASSIGNEE | 866.31 | 0.00 | 0.00 | 0.00 |
| Acct: 5352 | | | | |
| CAPITAL ONE AUTO FINANCE - DIV CAPIT | 3,896.21 | 0.00 | 0.00 | 0.00 |
| Acct: 5360 | | | | |
| SYNCHRONY BANK** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7232 | | | | |
| AIS PORTFOLIO SERVICES (AMERICAN IN | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| MCCALLA RAYMER  ET AL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| MANLEY DEAS KOCHALSKI LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |

* * * N O N E * * *

TOTAL PAID TO CREDITORS                                                      106,001.64

TOTAL CLAIMED
PRIORITY              13,830.63
SECURED               47,197.97
UNSECURED             29.157.45


Date: 02/13/2026                              /s/ Ronda J. Winnecour

                                              RONDA J WINNECOUR PA ID
                                              #30399
                                              CHAPTER 13 TRUSTEE WD
                                              PA
                                              600 GRANT STREET
                                              SUITE 3250 US STEEL TWR
                                              PITTSBURGH, PA  15219
                                              (412) 471-5566
                                              cmecf@chapter13trusteewdpa.co
                                              m